**Opinion filed July 2, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-08-00322-CV

_____

## THOMAS STAUDER II, Appellant

## V.

## CITY OF LAMESA ET AL, Appellees

**On Appeal from the 106th District Court**

**Dawson County, Texas**

**Trial Court Cause No. 08-09-18002**

### M E M O R A N D U M   O P I N I O N

The trial court granted the plea to the jurisdiction and dismissed the claims asserted by Thomas Stauder II. We dismiss.

The trial court signed its order on December 3, 2008. Stauder filed his pro se notice of appeal, and the clerk's record was filed in this court on February 2, 2009. Stauder's brief was originally due to be filed in this court on April 9, 2009. This court extended the due date for the brief to June 1. 2009. In the letter advising parties of the June 1 due date, this court also informed the parties that failure by Stauder to file his brief by the June 1 due date could result in the dismissal of

the appeal for want of prosecution.  As of this date, Stauder has failed to file his brief in this court and has failed to contact this court in any manner regarding the appeal.

Therefore, the appeal is dismissed for want of prosecution.  TEX. R. APP. P. 42.3.


PER CURIAM


July 2, 2009

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.